167 So. 923

**Willie PEARSON v. STATE.**
6 Div. 963.

Court of Appeals of Alabama.
April 21, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

164 So. 923

**Peter PERRY v. STATE.**
6 Div. 892.

Court of Appeals of Alabama.
Dec. 17, 1935.

RICE, Judge.
Affirmed.

174 So. 904

**P. H. PERRY v. STATE.**
8 Div. 482.

Court of Appeals of Alabama.
May 25, 1937.

RICE, Judge.
Affirmed.

164 So. 923

**Henry Elton PERSONS v. STATE.**
6 Div. 824.

Court of Appeals of Alabama.
Nov. 12, 1935.

BRICKEN, Presiding Judge.
Affirmed.

167 So. 923

**Prince Albert PETWAY v. STATE.**
2 Div. 570.

Court of Appeals of Alabama.
March 24, 1936.

RICE, Judge.
Appeal dismissed.

170 So. 923

**Gordon PHILIPS v. STATE.**
5 Div. 11.

Court of Appeals of Alabama.
Nov. 24, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

164 So. 923

**Aubrey PHILLIPS v. TOWN OF GOODWATER.**
5 Div. 974.

Court of Appeals of Alabama.
Nov. 21, 1935.

PER CURIAM.
Appeal dismissed for want of prosecution.

164 So. 923

**Aubrey PHILLIPS v. TOWN OF GOODWATER.**
5 Div. 975.

Court of Appeals of Alabama.
Nov. 21, 1935.

PER CURIAM.
Appeal dismissed for want of prosecution.